# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Martens

      **Plaintiff,**

v.

Consumer Portfolio

      **Defendant.**

Case No. 11CV1170

## COURT MINUTES OF HEARING

Judge Lynn Adelman, presiding
Time Commenced: 11:00 am
Deputy Clerk: RM

Date: 5/23/12
Concluded: 11:02 a.m.
Court Reporter: —

APPEARANCES:

Plaintiff: John Blythin  482-8000

Defendant: Jeffrey Pilgrim  312/939-0923

Nature of Hearing: Status conf.  ☒ Telephonic

Notes:

Case administratively closed. Parties have settled the case and will submit a stipulation of dismissal.