UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| CARLENE MARTENS,<br><br>        Plaintiff,<br>vs.<br><br>CONSUMER PORTFOLIO SERVICES, INC.,<br><br>        Defendant. | Case No.: 11-CV-1170<br><br>**STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Hon. Lynn Adelman |

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record for Plaintiff and Defendant that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is dismissed with prejudice as to Plaintiff Carlene Martens, without prejudice to the members of the putative class other than the named Plaintiff, and with each party to bear its own attorneys' fees and costs. No class has been certified in this case, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply.

      Dated this 14th day of July 2012.

| | |
|---|---|
| ADEMI & O'REILLY, LLP | GRADY PILGRIM CHRISTAKIS BELL LLP |
| /s/ John D. Blythin<br>John D. Blythin (SBN 1046105)<br>3620 East Layton Avenue<br>Cudahy, WI 53110<br>(414) 482-8000<br>(414) 482-8001 (fax)<br>jblythin@ademilaw.com | s/ Jeffrey D. Pilgrim<br>Jeffrey D. Pilgrim<br>53 W Jackson Blvd - Ste 1515<br>Chicago, IL 60604<br>312-939-6580<br>Fax: 312-939-0983<br>jpilgrim@gradypilgrim.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |